United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESLY CHACON and STEFANIE CHACON,<br>　　Plaintiffs, | § | |
| V. | | |
| | § | CIVIL ACTION NO. 4:16-cv-3336 |
| NEW LIGHT, INC. d/b/a DELUXE DRY CLEANERS and d/b/a COUNTRY CLEANERS and SAYED ALI,<br>　　Defendants. | § | JURY DEMANDED |

## ORDER ON NOTICE OF DISMISSAL

The Court acknowledges the receipt of Plaintiffs' Notice of Dismissal of this matter and thus ORDERS that this case is hereby dismissed without prejudice to re-filing.

_____
Honorable Lee H. Rosenthal,
United States District Judge